IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NANCY CAVE                          :
                                    :
v.                                  :    CIVIL NO. L-02-825
                                    :
THE WINDERMERE GROUP, L.L.C.        :

### ORDER

For reasons stated in the memorandum of even date, the Court hereby,

(i)   GRANT Plaintiff's Motion to File a Second Amended Complaint;

(ii)  GRANT Defendant's Motion to Dismiss Counts III and V; and

(iii) DENY Defendant's Motion to Dismiss Counts I, II, IV and VI.

It is so ORDERED this 5TH day of November, 2002.

_____
Benson Everett Legg
United States District Judge