IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

NANCY CAVE

    Plaintiff,

v.

THE WINDERMERE GROUP, L.L.C.

    Defendant.

Civil Action No.: L02 CV 825

## ORDER

Upon consideration of the Joint Motion to Extend Discovery and Other Deadlines, it is this 26 day of FEB., 2003:

ORDERED, that the Joint Motion be and hereby is GRANTED, and it is hereby

ORDERED, that the Court's Scheduling Order of November 5, 2002 be and hereby is MODIFIED as follows:

| | |
|---|---|
| **Discovery Deadline:** | May 19, 2003 |
| **Status Report** | May 19, 2003 |
| **Request for Admission** | May 26, 2003 |
| **Dispositive Pretrial Motions Deadline** | June 18, 2003 |

Benson Everett Legg
United States District Court Judge