IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| NANCY CAVE<br><br>　　　　　Plaintiff<br><br>　v.<br><br>THE WINDERMERE GROUP, L.L.C.<br><br>　　　　　Defendant | Civil Action No.:  02 CV 825 WDQ |

**DEFENDANTS' MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS**

Defendant The Windermere Group, L.L.C. by and through its undersigned counsel, and pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Rule 104, hereby moves to compel Plaintiff's responses to its discovery requests.

Defendant asserts that its discovery requests were proper and timely, that Plaintiff has failed to respond in an adequate and sufficient manner, and that Plaintiff should be required and/or compelled to so respond.

WHEREFORE, for the foregoing reasons, as well as those contained in the supporting Memorandum, Defendant respectfully requests that this Court grant this Motion to Compel Plaintiff's responses to Defendant's discovery requests and extend the deadlines in this matter to allow Defendant the opportunity to review such discovery, depose the Plaintiff, and prepare its defense.  A proposed Order accompanies this Motion.

- 2 -

    Respectfully submitted,

    **/s/**
    _____
    Theresa M. Connolly
    Bar No. 23780
    Karen E. Gray
    Bar. No. 15339
    Piper Rudnick LLP
    1775 Wiehle Avenue
    Suite 400
    Reston, Virginia 20190
    (703) 733-5000

    Counsel for Defendant
    The Windermere Group, L.L.C