THE LAW FIRM OF
# NATHANIEL D. JOHNSON & ASSOCIATES, L.L.C.

| | | |
|---|---|---|
| LEONARD JONES, ESQ.<br>OF COUNSEL<br>MEMBER ILLINOIS AND NEW YORK BARS | ATTORNEYS AT LAW<br>(MEMBERS OF MD, VA, DC FEDERAL BARS)<br><br>3475 LEONARDTOWN ROAD<br>SUITE 105<br>WALDORF, MD 20602<br>TEL. 301.893.0807<br>FAX 301.893.6890<br><br>PLEASE REPLY TO:<br>WALDORF, MD OFFICE | 1717 K STREET, N.W.<br>SUITE 600<br>WASHINGTON, D.C. 20036<br>TEL. 202.508.3645<br>FAX 202.331.3759<br><br>(LIMITED JURISDICTION) |

March 2, 2003

*VIA: FACSIMILE & FIRST CLASS MAIL*

Theresa Connolly, Esq.
c/o Piper Rudnick
1775 Wiehle Avenue, Suite 400
Reston, Virginia
20190-5159

       Re: **Nancy Cave v. The Windermere Group, Inc.**
       **Request for Discovery Extension**

Dear Attorney Connolly:

   I am respectfully requesting an extension to respond to Defendant's Interrogatories to Plaintiff and Production of Documents Requests up until March 14th. Furthermore, Plaintiff is reserving her right to assert objections in responses and document requests.

   Should you have any questions, you may reach me at 301 893-0807.

   Thank you for your attention to this matter.

                                            Respectfully submitted,

                                            Nathaniel Johnson

cc: Ms. Cave