THE LAW FIRM OF
## NATHANIEL D. JOHNSON & ASSOCIATES, L.L.C.

LEONARD JONES, ESQ.
OF COUNSEL
MEMBER ILLINOIS AND NEW YORK BARS

ATTORNEYS AT LAW
(MEMBERS OF MD, VA, DC FEDERAL BARS)

3475 LEONARDTOWN ROAD
SUITE 105
WALDORF, MD 20602
TEL. 301.893.0807
FAX 301.893.6890

1717 K STREET, N.W.
SUITE 600
WASHINGTON, D.C. 20036
TEL. 202.508.3645
FAX 202.331.3759

(LIMITED JURISDICTION)

PLEASE REPLY TO:
WALDORF, MD OFFICE

March 5, 2003

*VIA: FACSIMILE & FIRST CLASS MAIL*

Theresa Connolly, Esq.
Piper Rudnick, LLP
1775 Wiehle Avenue
Reston, Virginia
20190

        Re: **Nancy Cave v. The Windermere Group, Inc.**
           **Request For Discovery Extension**

Dear Attorney Connolly:

    I am respectfully requesting an extension for my client to provide responses to your discovery; therefore, my client will serve upon you her interrogatory responses and your document requests by March 14, 2003. Additionally, I am reserving my client's right to object, if necessary, to the discovery.

    Thank you in advance to your cooperation to this matter.

                                                           Respectfully submitted,

                                                           Nathaniel Johnson