# Piper Rudnick

1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190-5159
*main* 703.773.4000 *fax* 703.773.5000

THERESA M. CONNOLLY
theresa.connolly@piperrudnick.com
*direct* 703.773.4007 *fax* 703.773.5007

March 31, 2003

FACSIMILE AND U.S. MAIL

Nathaniel Johnson, Esq.
3475 Leonardtown Rd.
Suite 105
Waldorf, MD 20602

Re: Nancy Cave v. The Windermere Group

Dear Mr. Johnson:

Enclosed please find a copy of the signed and sworn declaration of Kimberley Maddox. The declaration of Ms. Maddox was prepared based on the contents of the telephone conference on Monday, March 17, 2003. Based upon the evidence presented during that telephone conference and the enclosed declaration, Plaintiff should immediately dismiss her claims against Windermere with prejudice.

As stated in her Second Amended Complaint, all of Ms. Cave's pending claims against Windermere are based on her allegation that the Company mishandled its sponsorship of her security clearance application with the National Security Agency ("NSA"). As Ms. Maddox expressed during the telephone conference and as she states in her sworn declaration, however, "In sponsoring Ms. Cave's security clearance application with NSA, Windermere did everything that it was required to do. There were no requests for information to which Windermere failed to timely respond. There was nothing that Windermere could have done to facilitate the process or to speed the process in any way." Ms. Maddox's representations reveal that there is no evidentiary support for Ms. Cave's claims against Windermere. Simply put, Ms. Cave's claims are untenable, lack the remotest evidentiary support and are not "warranted by existing law or by a nonfrivolous argument for the extension, modification, or reversal of existing law or the establishment of new law." Fed. R. Civ. P. 11(b)(2) and (3).

Further, to date, Ms. Cave has failed to respond in any way to Windermere's discovery requests. Although Ms. Cave's responses were due on March 5, 2003, Defendant agreed to an extension until March 14, 2003. It is now more than two weeks passed the extended deadline and we still have not received either the responses or an indication from you as to when we can

**Piper Rudnick**

Nathaniel Johnson, Esq.
March 31, 2003
Page 2

expect the responses. In order to avoid the filing of a motion to compel, we are requesting that you provide Ms. Cave's responses to Windermere's discovery requests without further delay.

Sincerely,

Theresa M. Connolly

TMC/keg