# Piper Rudnick

1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190-5159
*main* 703.773.4000  *fax* 703.773.5000

KAREN E. GRAY
karen.gray@piperrudnick.com
*direct* 703.773.4045  *fax* 703.773.5045

April 10, 2003

FACSIMILE AND U.S. MAIL

Nathaniel Johnson, Esq.
3475 Leonardtown Rd.
Suite 105
Waldorf, MD  20602

Re:   Nancy Cave v. The Windermere Group

Dear Mr. Johnson:

We are in receipt of Plaintiff's Answers to Defendant's First Set of Interrogatories and Document Requests dated April 7, 2003. You noted on the fax cover sheet that you would be mailing the responsive documents. To date, we still have not received these documents. Further, contrary to the heading of the document, answers to the document requests were not included. Moreover, the responses to the interrogatories are incomplete and insufficient. If we do not receive written responses to the document requests, the responsive documents and complete, sufficient answers to interrogatories by the close of business on Monday, April 14, 2003, we will be forced to file a motion to compel.

Thank you for your immediate attention. Please call me if you have any questions.

Sincerely,

Karen E. Gray

KEG/js

*Piper Rudnick LLP   •   In Illinois, Piper Rudnick, an Illinois General Partnership*