IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| NANCY CAVE<br><br>    Plaintiff<br><br>v.<br><br>THE WINDERMERE GROUP, L.L.C.<br><br>    Defendant | Civil Action No.:  02 CV 825 WDQ |

## **ORDER**

Upon consideration of Defendant's Motion to Compel Responses to Discovery Requests, the memorandum in support thereof, and any opposition having been filed by Plaintiff, IT IS, this \_\_\_\_day of _____, 2003, ORDERED that:

  1.  Defendant's Motion shall be, and the same hereby is GRANTED;

  2.  Plaintiff is required and shall be compelled to adequately respond to Defendant's First Request for Production of Documents to Plaintiff Nancy Cave within five (5) days of the entry of this Order;

  3.  Plaintiff is required and shall be compelled to adequately respond to Defendant's First Set of Interrogatories to Plaintiff Nancy Cave within five (5) days of the entry of this Order;

  4.  The deadline for discovery in this matter shall be extended until two (2) weeks after Plaintiff's discovery responses are received by Defendant for the sole purpose of deposing Plaintiff Nancy Cave;

  5.  The remaining deadlines in this matter shall be extended as follows:

    a.  The Status Report shall be due the same date defined in number 4 above;

- 2 -

      b.    Request for Admission shall be due two (2) weeks after the discovery deadline defined in number 4 above;

      c.    Dispositive Pretrial Motions shall be due five (5) weeks after the discovery deadline defined in number 4 above;

6.    The Clerk of Court shall mail copies of this Order to all parties.

_____
United States District Court Judge