# Piper Rudnick

1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190-5159
*main* 703.773.4000  *fax* 703.773.5000

THERESA M. CONNOLLY
theresa.connolly@piperrudnick.com
*direct* 703.773.4007  *fax* 703.773.5007

May 19, 2003

VIA ELECTRONIC FILING

Hon. Benson Everett Legg
United States District Judge
United States District Court for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, Maryland  21201

Re:    Nancy Cave v. The Windermere Group, L.L.C.
       Case No. L02 CV 825

Dear Judge Legg:

This Court's February 26, 2003 Order extending the Scheduling Order deadlines requires the submission of a status report on May 19, 2003. Defendant hereby reports that discovery has concluded in this matter except for Defendant's pending Motion to Compel Responses to Discovery Requests and the deposition of Plaintiff Nancy Cave. The deposition of Ms. Cave was scheduled for Monday, May 19, 2003, but was summarily cancelled by Plaintiff the night of Sunday, May 18, 2003. In canceling Plaintiff's deposition, plaintiff's counsel, Nathaniel Johnson, stated in an e-mail to defendant's counsel that plaintiff "is willing to withdraw her complaint in exchange for remedies." Counsel are in the process of determining whether or not Ms. Cave will, in fact, withdraw her Complaint. If Plaintiff does not withdraw her Complaint in a timely manner, Defendant will continue to seek to compel responses to its discovery requests and Plaintiff's deposition. In that event, Defendant also expects to thereafter submit a Motion for Summary Judgment.

Thank you for your attention.

Sincerely,

Theresa M. Connolly

*Piper Rudnick LLP* • *In Illinois, Piper Rudnick, an Illinois General Partnership*