IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**NANCY CAVE,**

    **Plaintiff,**

**vs.**                                            **CIVIL No: Q02CV825**

**THE WINDERMERE GROUP, INC.**

    **Defendant.**

## Status Report

Discovery in this matter concluded May 19, 2003. Plaintiff has decided to withdraw her civil complaint against Defendant. Plaintiff will file a Voluntary Dismissal, without prejudice, before the close of this week. Plaintiff's counsel has held discussions with opposing counsel regarding Plaintiff's decision.

                                                    /s/

Dated:  May 20, 2003                     Nathaniel D. Johnson, Plaintiff's Attorney
                                                     3475 Leonardtown Road #105
                                                     Waldorf, Maryland 20602
                                                     301 893-0807