IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

NANCY CAVE,

    Plaintiff,

vs.                              CIVIL No: L02CV825

THE WINDERMERE GROUP, INC.

    Defendant.

## JOINT MOTION FOR VOLUNTARY DISMISSAL

**NOW COME** Plaintiff, Nancy Cave, and Defendant, The Windermere Group, Inc., through their undersigned counsel, and file this Joint Motion for Voluntary Dismissal, with prejudice. Each party shall be responsible for its own attorney fees and court costs associated with this action.

/s/  
_____  
Nathaniel D. Johnson (Federal #14729)  
Attorney for Plaintiff  
3475 Leonardtown Rd. #105  
Waldorf, MD 20602  
301 893-0807

/s/  
_____  
Theresa Connolly c/o PIPER RUDNICK, LLP  
Attorney for Defendant  
1775 Wiehle Avenue, Suite 400  
Reston, VA 20190-5159  
703 773-4045

Dated: June 10, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NANCY CAVE,<br><br>    Plaintiff,<br><br>vs.<br><br>THE WINDERMERE GROUP, INC.<br><br>    Defendant. | CIVIL No: L02CV825 |

### ORDER

**WHEREBY**, the parties have filed a Joint Motion for a Voluntary Dismissal, with prejudice, it is **ORDERED** as follows:

The parties' Joint Motion for a Voluntary Dismissal, with prejudice, is GRANTED, this date, June_____2003;

The parties' Joint Motion for a Voluntary Dismissal, with prejudice, is DENIED, this date, June_____2003.

So shall it be **ORDERED**.

_____
Hon. Benson E. Legg, U.S. District Judge

2